THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* S. REID SPENCER, Appellant.

(Submitted December 7, 1928; decided December 31, 1928.)

*S. Reid Spencer* appellant in person.

*Joab H. Banton, District Attorney* (*John C. McDermott* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.